# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Superintendent of the Billerica House of Correctional Facility, 269 Treble Cove Road., Billerica, Massachusetts.

**YOU ARE COMMANDED** to have the body of Tevon Ngomba  now in your custody, before the United States

District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.

15  on the 5th  floor, Boston, Massachusetts on **Thursday November 05 , 2020** , at **10:00 AM.** for

the purpose of **Initial Appearance**  in the case of          **UNITED STATES  v. Tevon Ngomba**

**Cr Number 20-10192**

And you are to retain the body of said Tevon Ngomba  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Tevon Ngomba**  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 4th[h] day of November , 2020.

SEAL

**ROBERT FARRELL**
**CLERK,**

By:    **/s/ Thomas F. Quinn**
       **Thomas F. Quinn**
       **Deputy Clerk**

(Habcorp.wrt - 09/92)