UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TEVON NGOMBA, a/k/a "Chow,"<br>Defendant. | Criminal No. 20cr10192<br><br>**DEFENDANT'S MOTION TO STRIKE EXHIBITS B1 AND B2 (DOCKET #56) FROM THE RECORD AND IN ANY FURTHER PROCEEDINGS IN APPEALING DEFENDANT'S DETENTION ORDER** |

NOW COMES the Defendant, by and through counsel, and respectfully requests this Honorable Court strike Exhibits B1 and B2 under Docket Entry #56 from the record and in any further proceedings in appealing the Defendant's detention order.

The Parties have conferred under Local Rule 7.1, and the Government does not oppose this motion.

WHEREFORE, the Defendant respectfully request this motion be allowed forthwith.

Respectfully submitted,
The Defendant,
By his attorney,

/s/ J. Daniel Silverman

J. Daniel Silverman
669 Main Street
Wakefield, MA 01880
(781) 245-9019
Jds01880@verizon.net
BBO #: 555491

Dated: 10-26-2021

32ND ANNIVERSARY

J. DANIEL SILVERMAN
ATTORNEY AT LAW
669 MAIN STREET
WAKEFIELD, MA 01880
(781) 245-9019
FAX (781) 246-0850