UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TEVON NGOMBA, a/k/a "Chow,"<br>   Defendant. | Criminal No. 20cr10192<br><br>**DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE** |

I, Tevon Ngomba, do hereby depose and state as follows:

1. My name is Tevon Ngomba and my date of birth is January 13, 1993. All the facts in this Affidavit are true and correct to the best of my knowledge.

2. I am the Defendant in the above-entitled action.

3. On or about August 3, 2020, I was arrested in Somerville, Massachusetts in the presence of my girlfriend and her vehicle.

4. At the time, I had been in a romantic relationship with her for approximately one month. Her name is Katelyn Rago.

5. Troopers and federal agents conducted a search of her car, including the trunk and glovebox. I did not consent to the search.

6. I was subsequently arrested.

7. This Affidavit does not contain everything that happened during the stop and search by the police. It is filed only to preserve my rights under the United States Constitution and the law.

8. I reserve the right to supplement this Affidavit.

Signed under the pains and penalties of perjury on this 23 day of December, 2021.

_____
Tevon Ngomba